# Court of Appeals
# of the State of Georgia

ATLANTA,___August 20, 2015___

*The Court of Appeals hereby passes the following order:*

**A15A2305.  SAM DANIEL, JR. v. THE STATE.**

Following his conviction for selling cocaine, Sam Daniel, Jr. filed a timely motion for new trial.  On October 8, 2014, the trial court entered an order denying the motion.  On December 5, 2014, Daniel filed a notice of appeal to this Court.  We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days after entry of the appealable order. See OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. See *Rowland v. State*, 264 Ga. 872 (1) (452 SE2d 756) (1995). Because Daniel filed his notice of appeal 58 days after entry of the trial court's order denying his motion for new trial, his appeal is untimely.  Accordingly, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.

Because Daniel is represented by counsel, he is informed of the following in accordance with *Rowland*, supra:  This appeal has been dismissed because of your counsel's failure to file a timely notice of appeal.  If you still wish to appeal, you may request the trial court to grant an out-of-time appeal. If the trial court grants an out-of-time appeal, you will have 30 days from that grant in which to instigate an appeal. If the trial court denies your request for an out- of-time appeal, you may appeal that denial by filing a notice of appeal within 30 days of the denial. If you no longer wish to appeal your conviction, you need not do anything else.

The Clerk of Court is directed to send a copy of this order to Daniel as well as to Daniel's attorney, who is also directed to send a copy to Daniel.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,*_____08/20/2015_____
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*